# Court of Appeals
# of the State of Georgia

ATLANTA,  October 23, 2019

*The Court of Appeals hereby passes the following order:*

**A20I0061.  THE PRESERVATIONIST'S GUILD, LLC et al. v. ANYELINA BENDIKS et al.**

The Preservationist's Guild, LLC, The Founders Club, LLC, and John T. Adams ("Tenants") seek interlocutory review of a trial court order denying their motion for preliminary injunction and granting the motion for preliminary injunction filed by Anyelina Bendiks, Erik Bendiks, and 33 South Main, LLC ("Landlord"). The trial court certified its order for immediate review, and the Tenants filed both a notice of appeal and the instant application.

The grant or denial of an interlocutory injunction is directly appealable under OCGA § 5-6-34 (a) (4). See *Haygood v. Tilley*, 295 Ga. App. 90, 90 n. 1 (670 SE2d 800) (2008).  Accordingly, the order in this case is subject to direct appeal. Moreover, all rulings within that order and any other non-final rulings entered in the case may also be raised as part of such a direct appeal.  See OCGA § 5-6-34 (d); *Southeast Ceramics v. Klem,* 246 Ga. 294, 295 (1) (271 SE2d 199) (1980). "This Court will grant a timely application for interlocutory review if the order complained of is subject to direct appeal and the applicants have not otherwise filed a notice of appeal." *Spivey v. Hembree*, 268 Ga. App. 485, 486 n. 1 (602 SE2d 246) (2004). Ordinarily, this Court would grant the application under *Spivey*.  Here, however, the Tenants assert in their application that they filed a notice of appeal. This application is thus superfluous and is DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta, 10/23/2019*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*